**Order entered February 14, 2104**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00161-CV

## IN RE RADIANT DARKSTAR PRODUCTIONS, LLC, Relator

**Original Proceeding from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-02152**

## ORDER

Before the Court is the petition of Relator, Radiant Darkstar Productions, LLC, for writ of mandamus. The Court requests that Real Parties in Interest and Respondent file any responses to the petition for writ of mandamus by February 24, 2014.

.

/s/     ADA BROWN
        JUSTICE